**Opinion issued November 9, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-17-00794-CV**

———————————

## IN RE HAROLD GOLDBERG, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

In this mandamus proceeding, relator contends that the trial court abused its

discretion by granting a motion for new trial.[1] We lack jurisdiction over the associate

judge.[2]

---

[1] The underlying case is *In the Matter of the Marriage of Jennifer Karpinsky-Goldberg v. Harold Goldberg*, cause number 2016-68107, pending in the 308th District Court of Harris County, Texas, the Honorable David Sydow presiding.

[2] *See In re Clark*, No. 01-15-00458-CV, 2015 WL 3877787, at *1 (Tex. App.—Houston [1st Dist.] June 23, 2015, orig. proceeding) (per curiam) (mem. op.)

We **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

**PER CURIAM**

Panel consist of Chief Justice Radack and Justices Keyes and Brown.

---

(holding that court of appeals does not have jurisdiction over associate judge).  We note that the Texas Legislature has recently changed our mandamus jurisdiction to encompass associate judges. *See* Act of May 27, 2017, 85th Leg., R.S., ch. 1013, H.B. 1480, § 1 (to be codified as an amendment to TEX. GOV'T CODE ANN. § 22.221).  However, the change in the statute applies to suits filed after September 1, 2017.  *Id*. § 2 ("Section 22.221(b) . . . as amended by this Act, applies only to a suit . . . filed on or after the effective date of this Act.").  Because the underlying suit was filed prior to September 1, 2017, we lack jurisdiction.